**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| GREGORY RICHARDSON & TERRANCE SEVALIA | CIVIL ACTION NO. |
| | JUDGE: |
| VERSUS | |
| | MAGISTRATE: |
| MARIO ERNESTO HERRERA, PENSKE TRUCK LEASING CO., L.P., TFORCE FREIGHT, INC. f/k/a U.P.S. GROUND FREIGHT, INC., OLD REPUBLIC INSURANCE COMPANY, LIBERTY MUTUAL FIRE INSURANCE COMPANY, AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | JURY TRIAL |

**NOTICE OF REMOVAL**

**NOW INTO COURT**, through undersigned counsel, come Defendants, TForce Freight, Inc. and Liberty Mutual Fire Insurance Company, who file this Notice of Removal pursuant to 28 U.S.C. § 1332 and 28 U.S.C § 1441, and hereby remove this matter from the docket of the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, to the docket of this Honorable Court.

I.

This action arises from a motor vehicle accident, which occurred on or about August 4, 2021, in Jefferson Parish, Louisiana involving a vehicle operated by Plaintiff, Gregory Richardson - with Plaintiff, Terrance Sevalia, as a passenger – and a vehicle operated Defendant, Mario Ernesto Herrera.

II.

On or about July 14, 2022, Plaintiff, Gregory Richardson, filed a personal injury lawsuit against Mario Ernesto Herrera, Penske Truck Leasing Co., L.P., TForce Freight, Inc. f/k/a U.P.S.

Ground Freight, Inc., Old Republic Insurance Company, Liberty Mutual Fire Insurance Company, and State Farm Mutual Automobile Insurance Company in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, Docket Number 830-423, Div. "P", entitled, *"Gregory Richardson versus Mario Ernesto Herrera, Penske Truck Leasing Co., L.P., TForce Freight, Inc. f/k/a U.P.S. Ground Freight, Inc., Old Republic Insurance Company, Liberty Mutual Fire Insurance Company, and State Farm Mutual Automobile Insurance Company"* (hereinafter sometimes referred to as "the *Richardson* suit"). Exhibit 1.

III.

On or about July 18, 2022, Plaintiff, Terrance Sevalia, filed a personal injury lawsuit against Mario Ernesto Herrera, TForce Freight, Inc. f/k/a U.P.S. Ground Freight, Inc., and Liberty Mutual Fire Insurance Company in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, Docket Number 830-521, Div. "G", entitled, "*Terrance Sevalia versus Mario Ernesto Herrera, TForce Freight, Inc. formerly known as UPS Ground Freight, Inc., and Liberty Mutual Fire Insurance Company*" (hereinafter sometimes referred to as "the *Sevalia* suit"). Exhibit 2.

IV.

On October 5, 2022, Defendant, TForce Freight, Inc. and Liberty Mutual Fire Insurance Company, filed an Unopposed Motion to Transfer and Consolidate the *Richardson* suit with the *Sevalia* suit because the suits involve identical issues of law and fact. Exhibit 1. Both suits arise out of the same alleged accident. Judge Lee V. Faulkner, Jr. granted the Motion to Transfer and Consolidate on October 5, 2022, consolidating the suits for trial an all purposes, pursuant to La. C.C.P. Art. 1561. Exhibit 1.

## I. REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. § 1332.

V.

28 U.S.C. § 1332 provides federal district courts with concurrent original jurisdiction in cases "where the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between – (1) citizens of different states…."

### A. THE AMOUNT IN CONTROVERSY IN THE *RICHARDSON* SUIT EXCEEDS $75,000

VI.

The Fifth Circuit has explained that for purposes of establishing removal jurisdiction, a defendant may demonstrate that the amount in controversy exceeds $75,000, "in either of two ways: (1) by demonstrating that it is 'facially apparent' from the petition that the claim likely exceeds $75,000 of (2) 'by setting forth the facts in controversy – preferably in the removal petition, but sometimes by affidavit – that support a finding of the requisite amount.'" *Grant v. Chevron Phillips Chemical Co*., 309 F.3d 864, 868 (5th Cir. 2002)(quoting *Allen v. R & H Oil & Gas Co*., 63 F.3d 1326, 1335 (5th Cir. 1995).

VII.

Louisiana Code of Civil Procedure Article 893 specifically prohibits the pleading of the amount of monetary damages sought. However, the Petition for Damages in the *Richardson* suit does not comply with the Louisiana Code of Civil Procedure in that it does not contain a general allegation that the claims are more or less than the requisite amount for federal court diversity jurisdiction, as is specifically required by La. C.C.P. art. 893(A)(1). *See* Exhibit 1.

VIII.

On October 5, 2022, Plaintiff Richardson submitted Responses to Requests for Admissions propounded by Defendants, TForce Freight, Inc. and Liberty Mutual Fire Insurance Company. The Reponses included an admission that his damages and the amount in controversy exceed $75,000.00. Exhibit 3.

IX.

While Defendants, TForce Freight, Inc. and Liberty Mutual Fire Insurance Company, admit no liability nor any element of damages, Defendants have met its burden of establishing that it is now apparent that the amount in controversy is in excess of SEVENTY-FIVE THOUSAND AND NO/100 ($75,000.00) DOLLARS, exclusive of interest and costs.

**B. THIS COURT HAS SUPPLEMENTAL JURISDICTION OVER THE *SEVALIA* SUIT**

X.

28 U.S.C. §1367(a) provides that "in any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution."

XI.

This Court has supplemental jurisdiction over the *Sevalia* suit because it involves claims that are so related to the claims in the *Richardson* suit that they form part of the same case or controversy.

XII.

The *Richardson* suit and *Sevalia* suit each concern bodily injury claims arising out of the same alleged accident, which occurred on or about August 4, 2021 on the Westbank Expressway

in Jefferson Parish. Plaintiff Richardson operated a 2019 Audi Q3 in the alleged accident and Plaintiff Sevalia was his guest passenger. Both Plaintiff Richardson and Plaintiff Sevalia allege negligence by Defendant Herrera who operated at a 2002 Freightliner Cascadia in the alleged accident, which Defendants, TForce Freight, Inc. and Liberty Mutual Fire Insurance Company, expressly deny. The State Court consolidated the suits pursuant to La. C.C.P. Art. 1561 because they involve common issues of law and fact.

**C. COMPLETE DIVERSITY EXISTS**

XIII.

Defendant, Mario Ernesto Herrera, is a person of the full age of majority and a resident of and domiciled in the County of Harris, State of Texas. Therefore Mario Ernesto Herrera is a citizen of the State of Texas.

XIV.

Defendant, Penske Truck Leasing Co., L.P. is a Delaware limited partnership with its principal place of business in the State of Pennsylvania. The partners of Penske Truck Leasing Co., L.P. are PTL GP, LLP (general partner), Penske Truck Leasing Corporation (limited partner), Penske Automotive Group, Inc. (limited partner) and MBK USA Commercial Vehicles, Inc. (limited partner). The sole member of PTL GP, LLC is LJ Holdings, LLC. The sole member of LJ Holdings VP, LLC is Penske Truck Leasing Corporation. Penske Truck Leasing Corporation is a corporation organized and existing under the laws of the State of Delaware corporation with its principal place of business in the State of Pennsylvania. Penske Automotive Group, Inc. is a corporation organized and existing under the laws of the State of Delaware with its principal place of business in the State of Michigan. MBK USA Commercial Vehicles, Inc. is a corporation organized and existing under the laws of the State of Delaware with its principal

place of business in Tokyo, Japan. Therefore, Penske Truck Leasing Co, L.P. is a citizen of the States of Delaware and Pennsylvania and of Japan.

XV.

Defendant, TForce Freight, Inc., is a corporation organized and existing under the laws of the State of Virginia, with principal place of business in the State of Virginia. UPS Ground Freight, Inc. is a former name of Defendant, TForce Freight, Inc. Therefore, TForce Freight, Inc., f/k/a UPS Ground Freight, Inc. is a citizen of the State of Virginia.

XVI.

Defendant, Old Republic Insurance Company, is an insurance corporation organized and existing under the laws of the State of Pennsylvania, with its principal place of business in the State of Illinois. Therefore, Old Republic Insurance Company is a citizen of the States of Pennsylvania and Illinois.

XVII.

Defendant, Liberty Mutual Fire Insurance Company, is an insurance corporation organized and existing under the laws of the State of Wisconsin, with its principal place of business in the State of Massachusetts. Therefore, Liberty Mutual Fire Insurance Company is a citizen of the States of Wisconsin and Massachusetts.

XVIII.

Defendant, State Farm Mutual Automobile Insurance Company, is an insurance corporation organized and existing under the laws of the State of Illinois, with its principal place of business in the State of Illinois. Therefore, State Farm Mutual Automobile Insurance Company is a citizen of the State of Illinois.

XIX.

Plaintiff, Gregory Richardson, is a person of the full age of majority and resident of and domiciled in the Parish of Jefferson, State of Louisiana. Therefore, Gregory Richardson is a citizen of the State of Louisiana.

XX.

Plaintiff, Terrance Sevalia, is a person of the full age of majority and resident of and domiciled in the Parish of Jefferson, State of Louisiana. Therefore, Terrance Sevalia is a citizen of the State of Louisiana.

XXI.

There is complete diversity between the Plaintiff and Defendants.

## II. DEFENDANTS HAVE SATISFIED THE PROCEDURAL REQUIREMENTS FOR REMOVAL

XXII.

The Notice of Removal was properly filed within thirty (30) days of October 5, 2022, when Plaintiff Richardson submitted Responses to Requests for Admissions propounded by Defendants, TForce Freight, Inc. and Liberty Mutual Fire Insurance Company, including an admission that his damages and the amount in controversy exceed $75,000.00. Exhibit 3.

XXIII.

Based upon the foregoing, the *Richardson* suit is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. §1332 (a), and is one which may be removed to this Court by Defendant pursuant to 28 U.S.C. §1441; this is a civil action wherein the Plaintiff's alleged damages exceed the sum of $75,000.00, exclusive of interest and costs, and the Plaintiff is diverse from the Defendants.

XXIV.

Based upon the foregoing, the consolidated *Sevalia* suit is a civil action over which this Court has supplemental jurisdiction pursuant to 28 U.S.C. §1367(a) and the Plaintiff is diverse from the Defendants.

XXV.

In accordance with 28 U.S.C. §1446(d), Defendants will provide appropriate Notice of this Removal to the Plaintiffs and to the Clerk of Court for the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana.

XXVI.

In accordance with 28 U.S.C. § 1446(b)(2)(A), all Defendants who have been properly joined consent to the removal of the action.[1]

XXVII.

No previous application has been made for the relief requested herein.

XXVIII.

The Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure and Uniform Local Rules of the District Courts.

**JURY DEMAND**

XXIX.

Defendants are entitled to and requests a trial by jury on all issues herein.

WHEREFORE, Defendants, TForce Freight, Inc. and Liberty Mutual Fire Insurance Company, pray that the consolidated actions now pending 54in the 24th Judicial District Court

[1] See attached Consents to Removal on behalf of Penske Truck Leasing Co., L.P. and Old Republic Insurance Company (Exhibit 4); on behalf of State Farm Mutual Automobile Insurance Company (Exhibit 5); and on behalf of UPS Ground Freight, Inc (Exhibit 6). The State Court record does not reflect service on Mr. Herrera, but he consents to removal, reserving rights and defenses related to service (Exhibit 7).

for the Parish of Jefferson, State of Louisiana, Docket Number 830-423 and entitled, *"Gregory Richardson versus Mario Ernesto Herrera, Penske Truck Leasing Co., L.P., TForce Freight, Inc. f/k/a U.P.S. Ground Freight, Inc., Old Republic Insurance Company, Liberty Mutual Fire Insurance Company, and State Farm Mutual Automobile Insurance Company"* and Docket Number 830-521, entitled, "*Terrance Sevalia versus Mario Ernesto Herrera, TForce Freight, Inc. formerly known as UPS Ground Freight, Inc., and Liberty Mutual Fire Insurance Company*," be removed from the state court docket to the United States District Court for the Eastern District of Louisiana.

Respectfully submitted,

**PERRIER & LACOSTE, L.L.C.**

s/ Kristopher M. Gould________________
**GUY D. PERRIER, #20323**
**KRISTOPHER M. GOULD, #33860**
Perrier & Lacoste, LLC
One Canal Place
365 Canal Street, Suite 2550
New Orleans, Louisiana 70130
Tel: (504) 212-8820
Fax: (504) 212-8825
Email: gperrier@perrierlacoste.com
Email: kgould@perrierlacoste.com
**ATTORNEYS FOR DEFENDANTS, TFORCE FREIGHT, INC. AND LIBERTY MUTUAL FIRE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered to all counsel of record, by email, this **3rd** day of **November, 2022**, at their last known address of record.

s/ Kristopher M. Gould__________________
**KRISTOPHER M. GOULD, # 33860**