**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **GREGORY RICHARDSON, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-4370** |
| **MARIO ERNESTO HERRERA, ET AL.** | **SECTION "O"** |

## CONDITIONAL ORDER OF DISMISSAL

The parties have informed the Court that this case has settled.[1]

Accordingly,

**IT IS ORDERED** that this action is dismissed without costs and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within sixty days. The Court retains jurisdiction for all purposes, including enforcing the parties' settlement. Counsel are reminded that, if witnesses have been subpoenaed, every witness must be notified not to appear.

New Orleans, Louisiana, this 8th day of March, 2024.

BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 46.