UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GREGORY RICHARDSON, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-4370** |
| **MARIO ERNESTO HERRERA, ET AL.** | **SECTION "O"** |

## ORDER

**IT IS ORDERED** that the motion[1] to dismiss with prejudice is **GRANTED**. All claims of Plaintiff Gregory Richardson against Defendants Mario Ernesto Herrero, Penske Truck Leasing, Co., L.P., TForce Freight, Inc. f/k/a U.P.S. Ground Freight, Inc., Old Republic Insurance Company and Liberty Mutual Fire Insurance Company are dismissed with prejudice. Each party will bear its own costs.

New Orleans, Louisiana, this 23rd day of September, 2024.

_____
BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

---

[1] ECF No.48.